**Michael Willcoxon** (Cal. SB # 074001)
E-mail:  mwillcoxon@desilvagroup.com
Law Offices of Michael Willcoxon
11555 Dublin Blvd., 1st Floor
Dublin, CA 94568
Telephone:  925.803.4277
Facsimile:  925.803.4270
Attorney for Plaintiff
Pacific States Environmental Contractors, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **UNITED STATES, for the use of PACIFIC STATES ENVIRONMENTAL CONTRACTORS, INC.,**<br><br>         Plaintiff,<br><br>         v.<br><br>**WEST BAY BUILDERS, INC., a California corporation, and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,**<br><br>         Defendants. | Case No. 2:12-CV-01961-JAM-CKD<br><br>STIPULATION AND ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE |

PACIFIC STATES ENVIRONMENTAL CONTRACTORS, INC. ("PSEC") and WEST BAY BUILDERS, INC. and SAFECO INSURANCE COMPANY OF AMERICA have entered into a Settlement Agreement and Plaintiff PSEC has been paid the funds due pursuant to the Settlement Agreement.

///

///

Page 1 – STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED that the above parties request a Dismissal With Prejudice of the case.

Date: August 29, 2013

Date: August 28, 2013

**McINERNEY & DILLON, P.C.**

By: /s/ _____
 **MICHAEL WILLCOXON**
 Cal. State Bar No. 074001
 Telephone: 925.803.4277
 Facsimile: 925.803.4270
 mwillcoxon@desilvagroup.com
 **Attorney for Plaintiff Pacific States Environmental Contractors, Inc.**

By: /s/ _____
 **BRIAN JUNGINGER**
 Cal. State Bar No. 247470
 Telephone: 510.465.7100
 Facsimile: 510.465.8556
 bmj@mcinerney-dillon.com
 **Attorney for Defendants West Bay Builders, Inc. and Safeco Insurance Company of America**

**IT IS SO ORDERED:**

Dated: 8/29/2013

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
Judge of the Eastern District Court
(Sacramento)

Page 2 – STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE